IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE E. CARBIN,        Plaintiff | ) ) ) |
| vs. | ) Civil Action No. 05-1608 ) Judge Joy Flowers Conti/ |
| JO ANNE B. BARNHART, Commissioner of Social Security        Defendant | ) Magistrate Judge Amy Reynolds Hay ) ) |

**<u>PROCEDURAL ORDER</u>**

The above action seeks review of a decision by the Commissioner of Social Security denying plaintiff benefits.  The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record.  Notwithstanding any other rule governing the procedure in civil cases,

IT IS HEREBY ORDERED this 9th day of February, 2009, that:

1.      Plaintiff shall serve and file a motion for summary judgment and supporting brief on or before March 16, 2006.

2.      Defendant shall serve and file a cross-motion for summary judgment and supporting brief on or before April 16, 2006.

It is further ORDERED that no reply brief will be permitted absent leave of court.

/S/ AMY REYNOLDS HAY
AMY REYNOLDS HAY
United States Magistrate Judge

cc:   Christine M. Nebel, Esq.
      220 South Washington Street
      Butler, PA 16001

      Lee Karl
      Assistant United States Attorney
      United States Attorney's Office
      700 Grant Street
      Suite 400
      Pittsburgh, PA 15219